HOLLAND & KNIGHT LLP
Michael T. Jones (SBN 290660)
Rebecca G. Durham (SBN 319403)
560 Mission Street, Suite 1900
San Francisco, CA 94105
(415) 743-6900
m.jones@hklaw.com
rebecca.durham@hklaw.com

*Attorneys for Plaintiff Jefferies Funding LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING LLC<br><br>Plaintiff,<br><br>vs.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC,<br><br>Defendants. | Case No.: 3:24-cv-05639-SK<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned, counsel of record for Plaintiff Jefferies Funding LLC ("Jefferies") certifies that as of this date, there is no conflict of interest (other than the named party) to report. Counsel also certifies that the following listed party may have a direct, pecuniary interest in the outcome of this case:

1. Jefferies Financial Group Inc. ("Jefferies Group"). Jefferies is wholly owned by Jefferies Group, which is publicly traded on the New York Stock Exchange.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 22, 2024                HOLLAND & KNIGHT LLP

                                                                                                 /s/ Michael T. Jones
Michael T. Jones (SBN 290660)
Rebecca G. Durham (SBN 319403)
560 Mission Street, Suite 1900
San Francisco, CA 94105
(415) 743-6900
m.jones@hklaw.com
rebecca.durham@hklaw.com

*Attorneys for Plaintiff Jefferies Funding LLC*

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910