1  HOLLAND & KNIGHT LLP
   Michael T. Jones (SBN 290660)
2  Rebecca G. Durham (SBN 319403)
   560 Mission Street, Suite 1900
3  San Francisco, CA 94105
   (415) 743-6900
4  m.jones@hklaw.com
   rebecca.durham@hklaw.com
5
   Additional Counsel for Plaintiff listed at end
6
   *Attorneys for Plaintiff Jefferies Funding LLC*
7

8                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 10  JEFFERIES FUNDING LLC, | Case No.: 3:24-cv-05639-SK |
| 11              Plaintiff, | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |
| 12       v. | *[Declaration of Michael T. Jones in Support of Plaintiff's Request for Entry of Default Against Defendant and Cross-Defendant London Fruit, Inc. and [Proposed] Order Filed Herewith]* |
| 13  DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON | |
| 14  FRUIT, INC, | |
| 15              Defendants. | Complaint Filed: August 21, 2024 |
| 16 | TRIAL DATE: NONE SET |
| 17  DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS), | |
| 18              Counter- and Cross-Claimant, | |
| 19       v. | |
| 20  JEFFERIES FUNDING LLC, | |
| 21              Counter-Defendant | |
| 22  and LONDON FRUIT, INC, | |
| 23              Cross-Defendant | |

24  TO:   Clerk of the Court
          United States District Court
25        Northern District of California
26

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
CASE NO. 3:24-CV-05639 - PAGE 1

HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Jefferies Funding LLC ("Jefferies"), hereby requests that the Clerk of this Court enter a default in this matter against Defendant London Fruit, Inc. ("London Fruit" or "Defendant") on the ground that Defendant has failed to file or serve an answer or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

London Fruit was served on August 26, 2024 by in-person service upon an employee authorized to accept service of process at London Fruit's office located at 9010 S. Cage Blvd., Pharr, Texas 78577, as evidenced by the Affidavit of Service on file with this Court. *See* Dkt. No. 10. According to the Federal Rules of Civil Procedure, Rule 12(a)(1), the deadline for London Fruit to respond to the Complaint was September 16, 2024. In discussions with counsel for London Fruit, Jefferies agreed to extend London Fruit's time to respond to the complaint by thirty days, up and until October 16, 2024. As of the date of this filing, London Fruit has not answered or otherwise appeared in this matter.

The above stated facts are set forth in the accompanying declaration of Michael T. Jones, filed herewith.

DATED:     November 8, 2024            HOLLAND & KNIGHT LLP
                                       By: */s/ Michael T. Jones*
                                       Michael T. Jones

                                       *Attorneys for Plaintiff Jefferies Funding LLC*

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
CASE NO. 3:24-CV-05639 - PAGE 2

HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900