HOLLAND & KNIGHT LLP
Michael T. Jones (SBN 290660)
Rebecca G. Durham (SBN 319403)
560 Mission Street, Suite 1900
San Francisco, CA 94105
(415) 743-6900
m.jones@hklaw.com
rebecca.durham@hklaw.com

Additional Counsel for Plaintiff listed at end

*Attorneys for Plaintiff Jefferies Funding LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING LLC,<br><br>Plaintiff,<br><br>v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC,<br><br>Defendants. | Case No.: 3:24-cv-05639-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**<br><br>*[Plaintiff's Request for Entry of Default Against Defendant and Cross-Defendant London Fruit, Inc. and Declaration of Michael T. Jones Filed Herewith]*<br><br>Complaint Filed: August 21, 2024<br>TRIAL DATE: NONE SET |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>Counter- and Cross-Claimant,<br><br>v.<br><br>JEFFERIES FUNDING LLC,<br><br>Counter-Defendant<br><br>and LONDON FRUIT, INC,<br><br>Cross-Defendant | |

To:   Clerk of the Court
      United States District Court
      Northern District of California

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
CASE NO. 3:24-CV-05639 - PAGE 1

HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900

# [PROPOSED] ORDER

This Clerk of the United States District Court of the Northern District of California, having considered Plaintiff Jefferies Funding LLC's request for entry of default against London Fruit, Inc. and the supporting papers submitted therewith and finding good cause appearing **SO ORDERS:**

Plaintiff's request for entry of default against Defendant London Fruit, Inc. is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Clerk of the Court
United States District Court
Northern District of California