1  HOLLAND & KNIGHT LLP
   Michael T. Jones (SBN 290660)
2  Rebecca G. Durham (SBN 319403)
   560 Mission Street, Suite 1900
3  San Francisco, CA 94105
   (415) 743-6900
4  m.jones@hklaw.com
   rebecca.durham@hklaw.com
5

6  *Attorneys for Plaintiff Jefferies Funding LLC*

7
              UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
              SAN FRANCISCO DIVISION
9

10 JEFFERIES FUNDING LLC,                    Case No.: 3:24-cv-05639-SK

               Plaintiff,                    **PROOF OF SERVICE OF**
11                                           **PLAINTIFF'S REQUEST FOR ENTRY**
                                             **OF DEFAULT**
12         v.

13 DASAGROUP HOLDINGS CORP. (d/b/a          *[Plaintiff's Request for Entry of Default;*
   KICKHASS AVOCADOS) and LONDON            *Declaration of Michael T. Jones in Support of*
14 FRUIT, INC,                              *Plaintiff's Request for Entry of Default Against*
                                            *Defendant London Fruit, Inc; and [Proposed]*
15             Defendants.                  *Order Filed Herewith]*

16                                          Complaint Filed: August 21, 2024
                                            TRIAL DATE: NONE SET
17

18 DASAGROUP HOLDINGS CORP. (d/b/a
   KICKHASS AVOCADOS),
19
                    Counter- and Cross-Claimant,
20         v.

21 JEFFERIES FUNDING, LLC,

22             Counter-Defendant,

23 and LONDON FRUIT, INC.,

24             Cross-Defendant

25 TO:   Clerk of the Court
         United States District Court
26       Northern District of California


**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
CASE NO. 3:24-CV-05639 - PAGE 1

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of 18 and not a party to the above-captioned action; that my business address is 560 Mission Street, Suite 1900, San Francisco, CA 94105. On November 8, 2024, the following documents were served:

- **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
- **DECLARATION OF MICHAEL T. JONES IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
- **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

on the following persons or entities and in the following manner:

☒ **(BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM)** In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-1, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Northern District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error to:

> MARIO A. MOYA (State Bar No. 262059)
> MOYA LAW FIRM
> 1300 Clay Street, Suite 600
> Oakland, California 94612
> E-mail: mmoya@moyalawfirm.com
> *Attorney for Defendant DASAGROUP HOLDINGS CORP.*
> *D/B/A KICKHASS AVOCADOS*

☒ **(BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION AND/OR EMAIL)** Pursuant to F.R.Civ.P. 5 and Local Rule 5-1(h)(2), on November 8, 2024, I served the following persons and/or entities by overnight mail service and email as follows, to:

> London Fruit, Inc.
> 9010 S. Cage Blvd., Pharr, Texas 78577
> 1925 Jerrold Ave., San Francisco, CA 94124-1602

> AND

> London Fruit, Inc.
> c/o Jeff Chen, VP General Counsel at GrubMarket, Inc.
> E-mail: jchen@grubmarket.com
> *Attorney for London Fruit, Inc.*

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
CASE NO. 3:24-CV-05639 – PAGE 2

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I'm employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on November 8, 2024 in San Francisco, California.

3

4

_____

5

Philip Dobbs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** CASE NO. 3:24-CV-05639 – PAGE 3