# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Jefferies Funding LLC

                        Plaintiff(s)

v.

Dasagroup Holdings Corp. et al.

                        Defendant(s)

CASE No C  3:24-cv-05639-SK

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 11/11/2024

Phillip Ward for Dasagroup Holdings Corp.
                        Party

Date: 11/11/2024

Mario A. Moya
                        Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☑ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 11/11/2024

/s/ Mario A. Moya
                        Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*