AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Dasagroup Holdings Corp. d/b/a Kickhass Avocados, Cross-Claimant, <br><br> *Plaintiff(s)* <br> v. <br> London Fruit, Inc., Cross-Defendant <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-05639-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LONDON FRUIT, INC. c/o Jeffrey Chen, Registered Agent
9010 S Cage Blvd, Pharr, TX 78577

OR

LONDON FRUIT, INC. c/o Jeffrey Chen, Registered Agent
1925 Jerrold Ave., San Francisco, CA 94124-1602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mario A. Moya
Moya Law Firm
1300 Clay St., Suite 600
Oakland, CA 94612
Tel. 510.926.6521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date: November 6, 2024                              _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-05639-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* London Fruit, Inc., now known as the converted entity London Fruit LLC

was received by me on *(date)* November 19, 2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On February 13, 2025 I personally served London Fruit, Inc., now known as the converted entity London Fruit, LLC, on its registered agent, Grubmarket, Inc. via Grubmarket's Chief Financial Officer, Kathy Xu (who is also the sole organizer of London Fruit, LLC with Summons to London Fruit, Inc on Cross Claim, Initial Scheduling Order setting CMC, Standing Order for Judge Trina Thompson, Standing Order for all Judges (Nor Dist Cal), Dasagroup Holdings Corp First Amended Answer and Cross-Claim, Original Complaint Against Dasagroup, Order Reassigning Case and Revised Case Management and Scheduling Order at 395 Oyster Point Blvd., Suite 515, South San Francisco CA 94080.

My fees are $ 500 for travel and $ 250 for services, for a total of $ 750.00 .

I declare under penalty of perjury that this information is true.

Date: February 15, 2025

*Server's signature*

Allison Wood, Private Investigator PI #189512

*Printed name and title*

P O Box 2443, Berkeley, CA 94577

*Server's address*

Additional information regarding attempted service, etc: