UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERIES FUNDING LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DASAGROUP HOLDINGS CORP., et al.,<br><br>        Defendants. | Case No.24-cv-05639-TLT<br><br>**ORDER OF REFERENCE**<br>Re: Dkt. No. 73 |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred for random assignment to a United States Magistrate Judge.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: March 10, 2025

                                    TRINA L. THOMPSON
                                    United States District Judge