MARIO A. MOYA (State Bar No. 262059)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com

Attorneys for Defendant/Third Party Plaintiff
DASAGROUP HOLDINGS CORP.
  d/b/a KICKHASS AVOCADOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC.,<br><br>   Defendants. | Case No. 3:24-cv-05639-TLT<br><br>**DECLARATION OF MARIO A. MOYA IN SUPPORT OF DEFENDANT/THIRD PARTY PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE INSTANTER FIRST AMENDED THIRD-PARTY COMPLAINT** |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>   Counter- and Cross-Claimant,<br>   v.<br><br>JEFFERIES FUNDING, LLC,<br><br>   Counter-Defendant,<br><br>and LONDON FRUIT, INC.,<br><br>   Cross-Defendant. | |

DECLARATION OF M. MOYA I.S.O ADMINISTRATIVE MOTION

1

*Jefferies Funding v. Dasagroup Holdings et al.*
No. 3:24-cv-05639-TLT

DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),

    Defendant/Third-Party Plaintiff,

  v.

SILO TECHNOLOGIES, INC.,

    Third-PartyDefendant.

I, Mario A. Moya, declare:

1. I am an attorney duly admitted to practice before the State of California and in all federal and state courts in the State of California. I am an attorney at the Moya Law Firm, which is located at 1300 Clay Street, Suite 600, Oakland, California 94612. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am counsel of record for Defendant/Third Party Plaintiff Dasagroup Holdings Corp. in this action. I submit this declaration in support of Dasagroup's Administrative Motion For Leave To File *Instanter* its First Amended Third-Party Complaint against third-party defendant Silo Technologies Inc.

3. On the late evening of March 18, 2025, while preparing Dasagroup's amended third party complaint against third-party plaintiff Silo Technologies, my PDF software crashed while I was attempting to attach an exhibit to the intended filing. This software glitch unexpectedly froze my computer. To avoid any further delay, I forced-quit my unresponsive PDF application and filed the document as soon as my computer became responsive again. The submitted filing — which was filed at 12:01 a.m. as Dkt. 79 — did not include the intended exhibit to the amended pleading, so the amended pleading was filed without the exhibit to avoid any further delay. Fortunately, the missing exhibit is available via a public URL referenced in

the amended pleading and was also attached as an exhibit to a different pleading that I had timely filed minutes earlier (see Dkt. 78).

4. On the morning of March 19, I sent an email to counsel for Third-Party Defendant Silo, advising them of the circumstances surrounding this filing and informing them that I intended to file a motion for leave to file the document *instanter*. In that correspondence, I indicated that, to avoid any prejudice, Dasasgroup would offer an additional day for any responsive pleading deadline in response to the amended filing. In further correspondence, counsel for Silo responded that they would not oppose this request and would stipulate to the additional day on their responsive pleading deadline if the late filing were accepted. A true and correct copy of the email exchange between myself and counsel for Silo is attached hereto as **Exhibit A**.

5. Silo would not be prejudiced by granting this motion. Dasagroup has offered to provide an additional day for any responsive pleading deadline, and counsel for Silo has accepted that offer.

6. Conversely, Dasagroup would be severely harmed and prejudiced if the Court does not allow the filing of its First Amended Third Party Complaint, as it would prevent Dasagroup from obtaining the full relief it seeks in this action and would not permit an adjudication on the merits of the dispute.

7. Granting this motion would not adversely impact the Court's schedule, as allowing the additional day on a responsible pleading would not unduly compact any briefing schedule if Silo attempts to challenge the filing via a further pleadings motion.

8. This declaration is submitted in good faith and for no improper purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of March 2025 at Larkspur, California

*/s/ Mario A. Moya*
_____
Mario A. Moya

DECLARATION OF M. MOYA I.S.O ADMINISTRATIVE MOTION

3

*Jefferies Funding v. Dasagroup Holdings et al.*
No. 3:24-cv-05639-TLT

# EXHIBIT A

**MOYA LAW**  Mario Moya <mmoya@moyalawfirm.com>

## RE: Silo filing via ECF

**Rebecca.Durham@hklaw.com** <Rebecca.Durham@hklaw.com>  Wed, Mar 19, 2025 at 9:07 AM
To: Mario Moya <mmoya@moyalawfirm.com>, "M.Jones@hklaw.com" <M.Jones@hklaw.com>, "stosh.silivos@hklaw.com" <stosh.silivos@hklaw.com>
Cc: Rebecca Hoberg <rhoberg@moyalawfirm.com>, Alejandra Bautista <gabautista@moyalawfirm.com>

Mario,

We will not oppose your motion to address the late filing of Dasagroup's third-party complaint, and we agree to stipulate that Silo will have an additional day to respond to the third-party complaint.

Thanks,

**Rebecca Durham** | **Holland & Knight**
Phone 415.743.6960
rebecca.durham@hklaw.com

---

**From:** Mario Moya <mmoya@moyalawfirm.com>
**Sent:** Wednesday, March 19, 2025 8:02 AM
**To:** Jones, Michael T (BOS - X75836, SFO - X56970) <M.Jones@hklaw.com>; Durham, Rebecca G (SFO - X56960) <Rebecca.Durham@hklaw.com>; Silivos, Stosh M (NYC - X73533) <stosh.silivos@hklaw.com>
**Cc:** Rebecca Hoberg <rhoberg@moyalawfirm.com>; Alejandra Bautista <gabautista@moyalawfirm.com>
**Subject:** Silo filing via ECF

*[External email]*

Counsel:

Due to my PDF software unexpectedly crashing while attempting to attach an exhibit before filing last night, our amended third party complaint against Silo was filed 2 minutes late via ECF, at 12:01 a.m.

We will be submitting a motion for leave to file the document instanter this morning. Also, to avoid any prejudice, we would be happy to stipulate to provide Silo with an additional day for any responsive pleading in light of the late filing.

We would appreciate the professional courtesy if you would not oppose our motion for leave and would certainly extend the same courtesy to your clients if you are ever in the same situation in the future.

- Mario

Mario A. Moya

MOYA LAW

**Moya Law Firm**
1300 Clay Street, Suite 600
Oakland, CA 94612
Phone: 510.926.6521 | Fax: 510.340.9055
www.moyalawfirm.com

---------------------------------

**This email may contain information that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding of this communication without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.