MARIO A. MOYA (State Bar No. 262059)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com

Attorneys for Defendant/Third Party Plaintiff
DASAGROUP HOLDINGS CORP.
    d/b/a KICKHASS AVOCADOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC.,<br><br>        Defendants. | Case No. 3:24-cv-05639-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT/THIRD PARTY PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE INSTANTER FIRST AMENDED THIRD-PARTY COMPLAINT** |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>        Counter- and Cross-Claimant,<br>    v.<br><br>JEFFERIES FUNDING, LLC,<br><br>        Counter-Defendant,<br><br>and LONDON FRUIT, INC.,<br><br>        Cross-Defendant. | |

DASAGROUP HOLDINGS CORP.
(d/b/a KICKHASS AVOCADOS),

        Defendant/Third-Party Plaintiff,

       v.

SILO TECHNOLOGIES, INC.,

        Third-PartyDefendant.

     The Court has reviewed and considered Defendant/Third Party Plaintiff Dasagroup's Administrative Motion For Leave To File Instanter its First Amended Third Party Complaint against Silo Technologies, Inc. and all related briefing and other materials.

     After reviewing the unopposed submission, the Court hereby **GRANTS** the administrative motion.  Dasagroup is permitted to file its First Amended Third Party Complaint, even if one-day late.  Because Dasagroup has already submitted the opposition via the CM/ECF filing platform, the document filed as ECF No. 79 shall be deemed validly filed as of the date it was filed.  The Court further orders that, pursuant to the parties' stipulation, Third Party Defendant Silo Technologies may have one extra day to file a responsive pleading to the document filed.

     **IT IS SO ORDERED.**

DATED: _____

                                         _____
                                         Hon. Trina L. Thompson

                                         United States District Judge
                                         Northern District of California