MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
       rhoberg@moyalawfirm.com

Attorneys for Defendant
DASAGROUP HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERIES FUNDING, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC.,<br><br>   Defendants. | Case No. 3:24-cv-05639-TLT<br><br>**[PROPOSED] ORDER RE: DEFENDANT'S EX PARTE APPLICATION AND ALTERNATIVE MOTION TO AMEND/CORRECT JULY 16, 2025 ORDER (ECF 114)** |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>  Counter- and Cross-Claimant/<br>   & Third-Party Plaintiff,<br><br>  v.<br><br>JEFFERIES FUNDING, LLC,<br><br>  Counter-Defendant,<br><br>LONDON FRUIT, INC., and<br><br>  Cross-Defendant,<br><br>SILO TECHNOLOGIES, INC.,<br><br>  Third-Party Defendant. | |

Upon review of the ex parte application and alternative motion to amend and/or correct ECF 114 filed by Defendant Dasagroup Holdings Corp. and all related briefing, the motion is **GRANTED**.  The Court's July 16, 2025 Order (ECF No. 114) is hereby **AMENDED** and **CORRECTED** in its entirety as follows:

In light of Dasagroup's objection of July 15, 2025 (ECF No. 113), the deadline for Dasagroup to file its substantive response to Jefferies' Motion to Consider Whether Dasagroup's Materials Should Be Sealed (ECF No. 108) is hereby **RESET** to seven (7) days after the Court enters this order.  The materials that are the subject of Jefferies' Motion to Consider Whether Dasagroup's Materials Should Be Sealed shall remain under provisional seal until otherwise ordered.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Trina L. Thompson

United States District Judge
Northern District of California