MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
        rhoberg@moyalawfirm.com

Attorneys for Defendant
DASAGROUP HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERIES FUNDING, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-05639-TLT<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT DASAGROUP HOLDING CORP. TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6)] |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>　　　　Counter- and Cross-Claimant/<br>　　　　& Third-Party Plaintiff,<br><br>　　v.<br><br>JEFFERIES FUNDING, LLC,<br><br>　　　　Counter-Defendant,<br><br>LONDON FRUIT, INC., and<br><br>　　　　Cross-Defendant,<br><br>SILO TECHNOLOGIES, INC.,<br><br>　　　　Third-Party Defendant. | Date: Nov. 11, 2025<br>Time: 2:00 p.m.<br>Courtroom: 9<br>Judge: Hon. Trina L. Thompson |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Nov. 11, 2025, at 2:00 p.m. in Courtroom 9 of the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Dasagroup Holdings, Inc. ("Dasagroup") will move, and does hereby move, this Court to dismiss pursuant to Rule 12(b)(6) the Third Claim for relief under California Penal Code § 496(c) stated in the First Amended Complaint filed by Plaintiff Jefferies Funding LLC as time-barred beyond the applicable one-year statute of limitations, and no leave to amend should be granted. Dasagroup also moves to dismiss the complaint in its entirety for Jefferies's deliberate failure to maintain a justiciable interest throughout the pendency of this action and its failure to alert the Court and all parties of the mootness of its claims by their intervening assignment to a related subsidiary.

This Motion is based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Proposed Order, the pleadings and records on file, and such further argument and evidence as the Court may consider.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: Aug. 20, 2025 | MOYA LAW FIRM |
|  | */s/ Mario A. Moya* |
|  | ──────────────────────── |
|  | Mario A. Moya |
|  | Attorneys for Defendant/Cross-Claimant DASAGROUP HOLDINGS CORP. |