MARIO A. MOYA (State Bar No. 262059)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel:  510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com

Attorneys for Defendant
DASAGROUP HOLDINGS CORP.
  d/b/a KICKHASS AVOCADOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC.,<br><br>             Defendants. | Case No. 3:24-cv-05639-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DASAGROUP HOLDING CORP. TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:  November 11, 2025<br>Time: 2:00 p.m.<br>Courtroom: 9<br>Judge: Hon. Trina L. Thompson |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>        Counter- and Cross-Claimant,<br>       v.<br><br>JEFFERIES FUNDING, LLC,<br><br>          Counter-Defendant,<br><br>and LONDON FRUIT, INC.,<br><br>          Cross-Defendant | |

On November 11, 2025, the Court heard and reviewed defendant Dasagroup Holding Corp.'s Motion to Dismiss Plaintiff's First Amended Complaint pursuant Rule 12(b)(6), in addition to Dasagroup's accompanying Request for Judicial Notice.

After considering the parties' filings, submissions and oral argument of counsel, the Court hereby **ORDERS** as follows:

1. The Court **GRANTS** Dasagroup's Request for Judicial Notice.

2. The Court **FURTHER ORDERS** as follows:

   a. \_\_\_\_ The Court **GRANTS** Dasagroup's Motion to Dismiss the First Amended Complaint in its entirety due to Plaintiff's failure to alert the Court of the intervening mootness of its complaint; or

   b. \_\_\_\_ The Court **GRANTS** Dasagroup's Rule 12(b)(6) Motion to Dismiss the Third Claim under California Penal Code Section 496(c), as time-barred by the applicable statute of limitations, without leave to amend.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Trina L. Thompson

United States District Judge
NORTHERN DISTRICT OF CALIFORNIA