MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel:  510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
       rhoberg@moyalawfirm.com

Attorneys for Defendant/Counterclaimant
DASAGROUP HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC.,<br><br>　　　　　　Defendants. | Case No. 3:24-cv-05639-TLT<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT DASAGROUP HOLDING CORP. TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6);<br>　Fed. R. Evid. 201(b)] |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>　　　　Counter- and Cross-Claimant,<br>　　v.<br><br>JEFFERIES FUNDING, LLC,<br><br>　　　　　Counter-Defendant,<br><br>and LONDON FRUIT, INC.,<br><br>　　　　　Cross-Defendant | Date:  Nov. 11, 2025<br>Time: 2:00 p.m.<br>Courtroom: 9<br>Judge: Hon. Trina L. Thompson |

Pursuant to Federal Rule of Evidence 201, Defendant/Counterclaimant Dasagroup Holdings Corp. ("Dasagroup"), respectfully requests that the Court take judicial notice of the following materials in opposition to the motion to dismiss filed by Jefferies Financial, LLC:

## MATERIALS TO BE JUDICIALLY NOTICED

- Attached hereto as **Exhibit A** is a true and correct copy of a Washington State Department of Licensing, Uniform Commercial Code Debtor Information Search Report, retrieved from the official website of the Washington Secretary of State on August 14, 2025.

- Attached hereto as **Exhibit B** is a true and correct copy of a Feb. 28, 2023 UCC-1 Financing Statement No. 2023-059-5032-9 filed with the Washington State Department of Licensing on behalf of Silo Technologies, Inc., which asserts a security interest in, among other things, the following assets of Defendant Dasagroup Holdings Corp.: "[a]ll accounts and accounts receivable of Debtor, wherever located or situated and whether now existing or arising in the future, and whether now owned or at any time in the future acquired by Debtor. . . ."

- Attached hereto as **Exhibit C** is a true and correct copy of an Oct. 24, 2024 UCC Financing Statement Amendment filed with the Washington State Department of Licensing on behalf of JFUN AR I LLC, which states a change in the "secured party of record" concerning Initial Financing Statement File No. 2023-059-5032-9, which is the initial filing statement described in the preceding paragraph.

## ARGUMENT

In ruling on a motion to dismiss, the Court may consider matters subject to judicial notice under Fed. R. Evid. 201 and documents incorporated in the complaint by reference. *See Khoja v. Orexigen Therapeutics*, Inc., 899 F.3d 988, 998 (9th Cir. 2018); *Lee v. City of Los Angeles*, 250 F.3d 668, 688–89 (9th Cir. 2001).

Under Federal Rule of Evidence 201(b), a court may take judicial notice of a fact that is "not subject to reasonable dispute" either because it is "generally known within the trial court's territorial jurisdiction" or because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Federal courts

routinely take judicial notice of state corporate records and state UCC filings. *See, e.g., Arnold v. Bay Fin. Co. LLC* No. 1:21-cv-1182 JLT SKO) 2023 U.S.Dist.LEXIS 27890, at *10 (E.D.Cal. Feb. 17, 2023) (granting request for judicial notice of documents in county official records including a UCC-1 financing statement); *McKeon Law Grp., LLC v. Braindard*, 2021 Bankr. LEXIS 489, at *7-8 (Bankr.D.Conn. Mar. 3, 2021) ("The court will take judicial notice of the copy of the UCC-1 Financing Statement filed with the Connecticut Secretary of State. The Connecticut Secretary of State's records are publicly available online and the sort of records that are readily determinable."); *J&J Sports Prods. v. La Parranda Mexicana Bar & Restaurante Co.*, 2018 U.S.Dist.LEXIS 199659, at *3, n 3 (E.D.N.Y. Apr. 9, 2018) (judicial notice of state corporate filings). The same rationale applies here, and the Court should take judicial notice of the attached UCC materials about Dasagroup attached hereto that were obtained from the Washington State Department of Licensing.

## CONCLUSION

The Court should grant this request for judicial notice.

DATED: Aug. 20, 2025

Respectfully submitted,

MOYA LAW FIRM

*/s/ Mario A. Moya*

Mario A. Moya

Attorneys for Defendant/Counterclaimant
DASAGROUP HOLDINGS CORP.

# EXHIBIT A

## Washington State Department of Licensing
## Uniform Commercial Code
## Debtor Information Search Report

.

| | |
|---|---|
| **Search number:** | 2025-226-8386-4S |
| **Name as provided:** | |
| Organization: | Dasagroup Holdings Corp. (Debtor) |
| **Name searched:** | |
| Organization: | DASAGROUPHOLDINGS |
| **Lien type searched:** | All |
| **Lien status searched:** | All |
| **Search limited by:** | |
| **Search logic used:** | Standard |
| **Report:** | 8/14/2025 1:57:48 PM |
| **Through date:** | 8/13/2025 |// 
| **Copies:** | |

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.

Marcus J Glasper, Director

_____

1 of 1
Initial Financing Statement File Number: 2023-059-5032-9
Date and time filed: 2/28/2023 12:39:00 PM
Lapse date: 02/28/2028

(D)     DASAGROUP HOLDINGS CORP
        1140 N 192ND ST APT 505
        Shoreline, WA  98133      USA

(S)     Silo Technologies Inc
        8605 Santa Monica Blvd
        West Hollywood, CA  90069      USA

```
History:
Type of Record              Date & Time Filed      File#              #PGS
--------------              -----------------      -----              ----
Initial                     2/28/2023 12:39:00 PM  2023-059-5032-9    1
Amendment                   10/24/2024 11:03:00 AM 2024-298-6680-3    1
      (Change secured party)
```

        Current Name
            Silo Technologies Inc


        Secured Party
            JFUN AR I LLC
            520 Madison Avenue  New York NY 10022 USA


        Authorizing Party
            JFUN AR I LLC

# EXHIBIT B

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company 1-800-858-5294 |
| B. E-MAIL CONTACT AT FILER (optional) |
| WAFilings@cscinfo.com |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>USA |

Date of Filing : 02/28/2023
Time of Filing : 12:39:00 PM
File Number    : 2023-059-5032-9
Lapse Date     : 02/28/2028

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DASAGROUP HOLDINGS CORP | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1140 N 192ND ST APT 505 | Shoreline | WA / 98133 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Silo Technologies Inc | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 8605 Santa Monica Blvd | West Hollywood | CA / 90069 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

**All accounts and accounts receivable of Debtor, wherever located or situated and whether now existing or arising in the future, and whether now owned or at any time in the future acquired by Debtor, together with all proceeds and monies due or becoming due on such accounts each as defined in Article 9 of the Uniform Commercial Code; all guaranties, insurance, and security for such accounts; all security reserves related to such Accounts; all of the Debtor's rights and interests in the goods giving rise to such accounts, including any and all related insurance; all of the Debtor's chattel papers, instruments, general**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**2505 49299 - 250549299**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)                 International Association of Commercial Administrators (IACA)

PAGE 000001 OF 000002                                                                                  2023-059-5032-9

Continuation of section 4 collateral

---

4. This FINANCING STATEMENT covers the following collateral:

intangibles, securities and contract rights including those associated with the accounts or purchase order contracts of Debtor, all equipment, inventory, and deposit accounts; all proceeds of any of the foregoing accounts, rights and interests; and any Commercial Tort Claim that Seller may come to have and that is subsequently specifically referenced by written amendment.

# EXHIBIT C

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company 1-800-858-5294 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| WAFilings@cscinfo.com |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
USA

Date of Filing : 10/24/2024
Time of Filing : 11:03:00 AM
File Number    : 2024-298-6680-3
Lapse Date     : 02/28/2028

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2023-059-5032-9

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☐ Debtor or ☑ Secured Party of record

AND Check one of these three boxes to:
☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME
**Silo Technologies Inc**

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
**JFUN AR I LLC**

OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 520 Madison Avenue | New York | NY | 10022 | USA |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**JFUN AR I LLC**

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
1661589

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

PAGE 1 OF 1    2024-298-6680-3