```
1  MARIO A. MOYA (State Bar No. 262059)
   REBECCA M. HOBERG (State Bar No. 224086)
2  MOYA LAW FIRM
   1300 Clay Street, Suite 600
3  Oakland, California 94612
   Tel:  510.926.6521
4  Fax: 510.340.9055
   Email: mmoya@moyalawfirm.com
5         rhoberg@moyalawfirm.com
6
   Attorneys for Defendant
7  DASAGROUP HOLDINGS CORP.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERIES FUNDING, LLC, | Case No. 3:24-cv-05639-TLT |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/CROSS-CLAIMANT DASAGROUP HOLDINGS CORP.** |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC., | |
| Defendants. | |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS), | Date:  Nov. 25, 2025<br>Time:  2:00 pm.<br>Courtroom 9 (19th Floor)<br>Judge:  Hon. Trina L. Thompson |
| Counter- and Cross-Claimant, | |
| v. | |
| JEFFERIES FUNDING, LLC, | |
| Counter-Defendant, | |
| LONDON FRUIT, INC., and | |
| Cross-Defendant | |
| SILO TECHNOLOGIES, INC., | |
| Third-PartyDefendant. | |

---

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DASAGROUP

1

*Jefferies Funding v. Dasagroup Holdings et al.*
No. 3:24-cv-05639-TLT

The Court has heard and reviewed the motion to withdraw filed by counsel for Defendant/Counterclaimant/Cross-Claimant and Third-Party Plaintiff Dasagroup Holdings Corp. ("Dasagroup"). After reviewing the motion and all related briefing (if any), the Court hereby **GRANTS** the motion to withdraw and enters the following orders:

1. The Moya Law Firm and its attorneys Mario A. Moya and Rebecca Hoberg are terminated as counsel of record for Dasagroup and are relieved of any and all further obligations on behalf of Dasagroup in this action;

2. Dasagroup is provided with sixty (60) days to retain successor counsel with a stay of all pending deadlines during that period;

3. Until an appearance is made for Dasagroup by successor counsel, all future pleadings, motions, and any and all other communications concerning this matter shall be served via U.S. Mail to Phillip Ward, Chief Executive Officer, Dasagroup Holdings Corp., 20126 Ballinger Way NE #310, Shoreline, WA 98155.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Trina L. Thompson
United States District Judge
NORTHERN DISTRICT OF CALIFORNIA