MARIO A. MOYA (State Bar No. 262059)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel:  510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com

Attorneys for Defendant
DASAGROUP HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS) and LONDON FRUIT, INC.,<br><br>Defendants. | Case No. 3:24-cv-05639-TLT<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  Nov. 25, 2025<br>Time:  2:00 pm.<br>Courtroom 9 (19th Floor)<br>Judge:  Hon. Trina L. Thompson |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>Counter- and Cross-Claimant,<br>v.<br><br>JEFFERIES FUNDING, LLC,<br><br>Counter-Defendant,<br><br>and LONDON FRUIT, INC.,<br><br>Cross-Defendant | |

I, Mario A. Moya, declare:

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is Moya Law Firm, 1300 Clay Street, Suite 600, Oakland, CA 94612.

On Sept. 17, 2025, I served the following document(s) described as:

- **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/ CROSS-CLAIMANT / COUNTER-CLAIMANT/ THIRD-PARTY PLAINTIFF DASAGROUP HOLDINGS CORP.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**
- **DECLARATION OF MARIO A. MOYA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/CROSS-CLAIMANT DASAGROUP HOLDINGS CORP.;**
- **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/CROSS-CLAIMANT DASAGROUP HOLDINGS CORP.;**
- **CERTIFICATE OF SERVICE**

on the interested parties in this action as follows:

| | |
|---|---|
| Dasagroup Holdings Corp.<br>  Attn: Philip Ward, CEO/Owner<br>20126 Ballinger Way NE #310<br>Shoreline, WA 98155<br>Email: felipe@kickhass.com<br><br>*Via U.S. Mail & Email* | Dasagroup Holdings Corp.<br>℅ Jeffery R. Pollock, PLLC, Registered Agent<br>2204 Riverside Dr Ste 250<br>Mount Vernon, WA 98273-5494<br><br>*Via U.S. Mail only* |

☒     **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address mmoya@moyalawfirm.com to the person at the e-mail address(es) listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒     **BY MAIL:**  I placed each such document(s) listed above in a sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the U.S. Postal Service, with first-class postage thereon fully prepaid, for mailing to the addressee(s) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on Sep. 17, 2025, at Novato, California.

                                                                        */s/ Mario A. Moya*
                                                                        _____
                                                                        Mario A. Moya