UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DASAGROUP HOLDINGS CORP., et al.,<br><br>  Defendants. | Case No. 24-cv-05639-TLT (PHK)<br><br>**ORDER TO SHOW CAUSE FOR DEFENDANT PHILIP A. WARD'S FAILURE TO APPEAR AT DISCOVERY HEARING** |

All discovery in this matter has been referred to the undersigned. [Dkt. 74]. On October 9, 2025, the Parties filed a joint letter brief raising several discovery disputes. [Dkt. 165]. On October 30, 2025, the Court issued an Order setting a Discovery Management Conference for December 11, 2025. [Dkt. 196]. That Order explicitly directed *pro se* Defendant Philip A. Ward to appear in person for the December 11, 2025 hearing. *Id.* ("The Court **ORDERS** that the Parties' lead trial counsel, any other counsel necessarily knowledgeable about and working on discovery, and all *pro se* parties (including Mr. Ward) **MUST ALL APPEAR IN PERSON** at the Discovery Management Conference.").

On December 11, 2025, the Court held the noticed hearing regarding the multiple discovery disputes and to discuss overall discovery management in this case. Despite six weeks' notice of the December 11, 2025 hearing and an explicit Order of the Court requiring his in-person attendance, Defendant Ward failed to appear at the December 11, 2025 hearing. Defendant Ward did not file a motion requesting rescheduling of the hearing, he did not file a motion seeking leave to attend the hearing remotely, and he did not contact the Court's staff to raise any issue about his attendance at the hearing.

Despite Judge Thompson's directive that he find new counsel by no later than November 12, 2025, no counsel has yet entered appearance for Defendant Ward. *See* Dkt. 172. At the December 11, 2025 hearing, counsel for Dasagroup indicated that they were in discussions with Defendant Ward regarding the possibility of such counsel eventually being retained to represent Defendant Ward in this action. Counsel for Dasagroup confirmed that, as of the date of the hearing, they were not yet counsel for Defendant Ward.

Failure to comply with a court order may result in negative consequences such as monetary sanctions, discovery sanctions, civil contempt, and up to and including the potential for a report and recommendation for entry of judgment adverse to a non-complying party.

Accordingly, Defendant Philip A. Ward is hereby **ORDERED TO SHOW CAUSE** as to why he failed to obey this Court's October 30, 2025 Order and why the Court should not impose negative consequences (including but not limited to discovery sanctions, monetary sanctions, civil contempt finding, or other appropriate sanctions) on Defendant Ward for his failure to appear at the December 11, 2025 hearing.

Defendant Philip A. Ward is **ORDERED** to file a written response to this Order to Show Cause explaining why he failed to appear and why sanctions should not be imposed, by no later than **JANUARY 12, 2026**. Failure to file a timely and adequate response to this Order to Show Cause may result in negative consequences, such as sanctions, for failure to comply with court orders.

The Clerk of Court is **DIRECTED** to mail this Order to Show Cause to Defendant Ward at his address of record. Counsel for Dasagroup is **ORDERED** to send a copy of this Order to Show Cause to Defendant Ward via email by no later than December 15, 2025.

**IT IS SO ORDERED.**

Dated: December 12, 2025

_____
PETER H. KANG
United States Magistrate Judge