Andrew Alexander Dósa (State Bar #113106)
 Law Offices of Andrew Dósa
1516 Oak Street, Suite 220
Alameda, California 94501
T:         510-865-1600
Fax:       844-584-6052
Email:     adosa@dosalaw.com

Attorney for Defendant/Counter-claimant
DASAGROUP HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERIES FUNDING, LLC, | Case No. 24-cv05639-TLT |
| Plaintiff, | **STIPULATION OF PARTIES TO REVISED DISCOVERY COMPLIANCE DATES AND REQUEST FOR COURT ORDER** |
| v. | |
| DASAGROUP HOLDINGS CORP. (D/b/a KICKHASS AVODACOS) and LONDON FRUIT, INC., | |
| Defendants. | |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS), | |
| Counter-and Cross-Claimant/ & Third-Party Plaintiff, | |
| v. | |
| JEFFERIES FUNDING, LLC, | |
| Counter-Defendant, | |
| LONDON FRUIT, INC., and | |
| Cross-Defendant, | |
| SILO TECHNOLOGIES, INC., | |
| Third-Party Defendant. | |

The Parties hereto, Plaintiff/Counter Defendant Jefferies Funding LLC and Third-Party Defendant SILO TECHNOLOGIES, INC., by and through their counsel of record, Stosh Silivos, Esq., and Defendant/Counter-claimant DASAGROUP HOLDINGS CORP., by and through its Counsel of record, Andrew Alexander Dósa, of the Law Offices of Andrew Dósa, respectfully request an order of the court to modify the dates by which Defendants will comply with the Discovery Order issued by the court on December 11, 2025, based on a recognition of the amount of materials, documents, and media files in the possession of Defendants that needs to be reviewed and evaluated, and in acknowledging that counsel for Defendant Dasagroup has only recently substituted in as counsel of record.

Further, based on conversations between Andrew Dósa and the other defendant, Philip Ward, counsel represents to the court that Defendant Ward consents and stipulates with all counsel to these modified dates and joins in requesting the court modify its orders.

The parties request that this court impose a new order as follows:

1. Defendant Philip A. Ward (a/ka/ Felipe Ward) (hereinafter "Ward") is **ORDERED** to serve substantive amended responses to Jefferies Funding LLC's ("Jefferies") First Set of Interrogatories to Ward by no later than January 23, 2026.

2. Dasagroup is **ORDERED** to serve substantive responses to Silo Technologies, Inc.'s ("Silo") First and Second Sets of Interrogatories to Dasagroup by no later than January 23, 2026.

3. Dasagroup is **ORDERED** to provide amended responses to Jefferies's Requests for Admission 1 and 2 by no later than January 23, 2026.

4. Dasagroup is **ORDERED** to produce documents sufficient to show all capital contributions to Dasagroup, including but not limited to all initial capital contributions, by no later than January 23, 2026.

5. It is **ORDERED** that, by no later than January 23, 2026, Dasagroup must either (i) produce the media files associated with the text and WhatsApp messages it previously produced; or (ii) represent that the files are inconsequential. Failure to produce any such media files by January 23, 2026 shall automatically preclude Dasagroup from using them for any purpose in this action.

      6.      Dasagroup is **ORDERED** to confirm that it has completed its document production by no later than January 23, 2026.

      7.      Dasagroup is **ORDERED** to produce a Rule 30(b)(6) witness for deposition on or before February 28, 2026.

      8.      Without prejudging the merits, Jefferies is granted leave, at its option, to file a motion for sanctions under Local Rule 37-4 by no later than February 28, 2026.

      9.      Fact discovery is otherwise closed, consistent with the Revised Final Case Management Order.  [Dkt. 136].

This **RESOLVES** Dkts. 165 & 187.

Dated: December 22, 2025                       HOLLAND & KNIGHT LLP

                                                               By:    /s/ Stosh Silivos

                                                               Stosh Silivos, Esq., Counsel for
Plaintiff/Counter Defendant Jefferies Funding LLC and Third-Party Defendant SILO TECHNOLOGIES

Dated: December 22, 2025                       Law Offices of Andrew Dósa

                                                               By:    */s/ Andrew Alexander Dósa*

                                                               Andrew Alexander Dósa, Esq.
Attorney for Defendant/Counter Claimant Dasagroup Holdings Corp.

### Filer's Attestation

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

IT IS SO ORDERED:

Dated: December 23, 2025

_____
PETER H. KANG
United States Magistrate Judge