# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JEFFERIES FUNDING LLC,<br><br>Plaintiff,<br><br>v.<br><br>DASAGROUP HOLDINGS CORP., et al.,<br><br>Defendants. | Case No. 24-cv-05639-TLT  (PHK)<br><br>**PRETRIAL SCHEDULING ORDER RE: TRIAL EXHIBITS**<br><br>Re: Dkts. 234-235 |

Previously, this case has been referred to the undersigned for all discovery purposes.  *See* Dkt. 74.  On May 14, 2026, this case was referred to the undersigned for all non-dispositive matters, including (and specifically germane to the current Order) the issue of the Parties' Trial Exhibits and Objections thereto.  *See* Dkt. 235; *see also* 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a); *see also* Civil L.R. 72-1.

With regard to Trial Exhibits, Judge Thompson's May 12, 2026 Order directs the Parties to submit to the undersigned their Trial Exhibits and Objection by June 18, 2026.  *See* Dkt. 234 at 2.  Further, Judge Thompson's May 14, 2026 Order directs the Parties to prepare and present a Joint Exhibit List of no more than sixty (60) exhibits agreed to by the Parties.  *See* Dkt. 235 at 2 ("May 14 Order").  The May 14 Order also allows the Parties to each serve and present their own Party Exhibit List (with a maximum of twenty-five (25) additional exhibits).  *Id.*  In order to resolve any disputes or objections to each other's Party Exhibits, the Court issues this Scheduling Order.

Starting as of the date of this Order, the Court **ORDERS** the Parties to promptly and regularly meet and confer regarding reaching agreement on the exhibits to include in their Joint Exhibit List.  The Parties **SHALL** reasonably cooperate and coordinate in the communications

regarding preparation of, submission of, and finalizing of the Joint Exhibit List, including cooperation in meeting the interim deadlines set forth herein as well as filing of the finalized Joint Exhibit List on June 18, 2026.

Starting as of the date of this Order, the Court **ORDERS** the Parties to promptly and regularly meet and confer regarding resolving any objections to (or reaching agreements on) exhibits to identified in the Party Exhibit Lists.  The Parties **SHALL** reasonably cooperate and coordinate in the communications regarding preparation of, submission of, and finalizing of the Party Exhibit Lists, the Objections to any Party Exhibits, and the Joint Notice of Outstanding Objections (discussed herein), including cooperation in meeting the interim deadlines set forth herein as well as filing of the finalized Party Exhibit Lists with any remaining Objections and the Joint Notice of Outstanding Objections on June 18, 2026.

In order to achieve the orderly preparation of and finalizing of the Joint Exhibit List and the Party Exhibit Lists, the Court **ORDERS** the Parties to comply with the schedule set forth herein (unless and until ordered otherwise by the Court):

| Date | Event |
|---|---|
| As of the date of this Order | The Parties **SHALL** begin promptly and regularly meeting and conferring on the Joint Exhibit List, Party Exhibit Lists, and Objections to any exhibits. |
| May 29, 2026 | Each Party serves on the other Parties its own Party Exhibit List of exhibits on issues where the serving Party has burden of proof. |
| June 5, 2026 | Each Party serves on the other Parties objections, if any, to exhibits on another Party's Party Exhibit List.  The Parties **SHALL** continue to promptly and regularly meet and confer to attempt to reach agreements on and resolve objections to Party exhibits. |

| | |
|---|---|
| June 5, 2026 | Each Party serves on the other Parties its Rebuttal Exhibit List on issues for which the serving Party does not have the burden of proof. |
| June 5, 2026 | Last day for the Parties to prepare and exchange among themselves the Proposed Joint Exhibit List. The Parties **SHALL** continue to promptly and regularly meet and confer until June 18, 2026 to finalize the Joint Exhibit List. |
| June 8, 2026 | The Parties **SHALL** file a Joint Status Report to the undersigned reporting on the status of the Joint Exhibit List, the Party Exhibit Lists, objections to exhibits, and the meet and confers to finalize these exhibit lists. The Parties **SHALL** attach a copy of the Proposed Joint Exhibit List and each of the Parties' Party Exhibit Lists (compiling both opening and rebuttal exhibits into one finalized Party Exhibit List for each Party) as exhibits to this Joint Status Report. |
| June 12, 2026 | Each Party serves on the other Parties objections, if any, to exhibits on another Party's Rebuttal Exhibit List. The Parties **SHALL** continue to promptly and regularly meet and confer to attempt to reach agreements on and resolve objections to Party exhibits. |
| June 18, 2026 | The Parties file the Joint Exhibit List. |
| June 18, 2026 | Each Party files its Party Exhibit List (combining all opening and rebuttal exhibits for that Party into one Party Exhibit List), |

| | |
|---|---|
| | including (for each exhibit) a statement of whether or not any other Party objects to that exhibit.  If there are any objections, the Party Exhibit List **SHALL** include a statement for each objected-to exhibit the legal bases for each such objection, an explanation of the reasons or grounds for each objection, and an explanation for the proponent Party's response to each such objection. |
| June 18, 2026 | To the extent there are any unresolved objections to exhibits as listed in the Party Exhibit Lists, the Parties **SHALL** file a Joint Notice of Outstanding Objections (as discussed further herein). |
| June 26, 2026 | The Parties file a Joint Status Report regarding any resolutions of any objections to any exhibits in a Party Exhibit List since the filing of the Joint Notice of Outstanding Objections. |
| June 30, 2026<br>2 p.m., in-person, in Courtroom F | Pretrial conference regarding trial exhibits and objections to exhibits.  Lead trial counsel for each Party **SHALL** attend.  If the Parties report in the June 26 Joint Status Report that all objections to all exhibits are resolved, the Court will consider vacating this pretrial conference. |

## ADDITIONAL REQUIREMENTS

**Party Exhibit List:** The Party Exhibit Lists filed on June 18, 2026, **SHALL** be consolidated for each Party, and therefore **SHALL** include each Party's opening and rebuttal exhibits.  Objections and responses to objections to these exhibits **SHALL** be consolidated as well.

**Joint Notice of Outstanding Objections:**  The Parties **SHALL** reasonably cooperate and coordinate in communications regarding and in the preparation and filing of the Joint Notice of Outstanding Objections.  In this Joint Notice, the Parties **SHALL** categorize all outstanding objections into logical groupings and provide the Parties' arguments for and against the admissibility of each objected-to exhibit by logical groupings.

With regard to the Pretrial Conference, the Parties are reminded of Section I of the Court's Standing Discovery Order ("Practice Development for Members of the Bar") and Section XII of the Court's Standing Order for Civil Cases (same).  The Court further **ORDERS** that the Court's Standing Order for Civil Cases **SHALL** apply to all proceedings before the undersigned taken pursuant to the Order of Referral [Dkt. 235].

**IT IS SO ORDERED.**

Dated: May 22, 2026

PETER H. KANG
United States Magistrate Judge