UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERIES FUNDING LLC,<br><br>Plaintiff,<br>v.<br><br>DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS), PHILIP A. WARD (a/k/a FELIPE WARD), and LONDON FRUIT, LLC (f/k/a LONDON FRUIT, INC.),<br><br>Defendants. | Case No. 3:24-cv-05639-TLT<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT/COUNTER DEFENDANT LONDON FRUIT LLC'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE ITS OPPOSITION TO THE MOTION FOR DEFAULT JUDGMENT**<br><br>**AS MODIFIED**<br><br>Judge: Hon. Trina L. Thompson |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>Counter- and Cross-Claimant,<br>v.<br><br>JEFFERIES FUNDING LLC,<br><br>Counter-Defendant,<br><br>and LONDON FRUIT, INC.,<br><br>Cross-Defendant. | |
| DASAGROUP HOLDINGS CORP. (d/b/a KICKHASS AVOCADOS),<br><br>Third-Party Plaintiff,<br>v.<br><br>SILO TECHNOLOGIES, INC.,<br><br>Third-Party Defendant. | |

Having considered Defendant and Cross-Defendant London Fruit, LLC's Administrative Motion to Enlarge Time to File Its Opposition to the Motion for Default Judgment (Dkt. No. 280), and good cause appearing, the Motion is GRANTED.

London Fruit's deadline to file its opposition to the Motion for Default Judgment is extended to September 2, 2026.

**As the Motion for Default, ECF No. 280, has been referred by Judge Thompson to the undersigned Magistrate Judge, Judge Cisneros resolves this related Administrative Motion.**

Dated: August 18, 2026

~~Hon. Trina L. Thompson~~

**Lisa J. Cisneros**
**U.S. Magistrate Judge**

*Submitted by:*

Jorge deNeve
Attorney for Defendant and
Cross-Defendant London Fruit, LLC